**Entered on Docket
February 19, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for   Secured Creditor CITIBANK, N.A. AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE
PASS-THROUGH CERTIFICATES SERIES 2006-4

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>BERNARD JONES JR.  AND ERIKA JONES,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-08-25616-mkn<br>Chapter 13<br><br>CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-4'S ORDER TERMINATING AUTOMATIC STAY<br>Date:   January 13, 2010<br>Time:   1:30 p.m. |

1     A hearing on Secured Creditor Citibank, N.A. as Trustee for the
2 Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust,
3 Mortgage Pass-Through Certificates Series 2006-4's Motion for Relief From the Automatic Stay
4 came on regularly for hearing in the United States Bankruptcy Court before the Honorable Mike
5 K. Nakagawa, Michelle Abrams appearing on behalf of Secured Creditor.

6     The court having duly considered the papers and pleadings on file herein and
7 being fully advised thereon and finding cause therefor:

8     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9     The automatic stay of 11 United States Code section 362 is hereby immediately
10 terminated as it applies to the enforcement by Movant of all of its rights in the real property
11 under the Note and Deed of Trust encumbering the real property commonly known as 1009
12 Virgil Street, Las Vegas, Nevada 89110 ("Real Property"), which is legally described as:

13       LOT ONE HUNDRED EIGHTY SIX (186) OF
      WASHINGTON SQUARE UNIT 5 AS SHOWN
14       BY MAP THEREOF ON FILE IN BOOK 22 OF
      PLATS, PAGE 31 IN THE OFFICE OF THE
15       COUNTY RECORDER OF CLARK COUNTY,
16       NEVADA.

17     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or
18 its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale
19 of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days
20 prior to the foreclosure sale.  In the event that Movant and/or its foreclosure trustee provides at
21 least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the
22 Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada
23 Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to
24 provide 7 days' notice to the Debtor(s).
25 /./.
26 /./.
27 /./.
28 /./.

1   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon entry of this Order, the Trustee shall cease payment on Secured Creditor's Proof of Claim. Secured Creditor's Proof of Claim is allowed in t he amount of payments made to date by the Trustee.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon disposition of the Real Property, Secured Creditor may amend said Proof of Claim and share in any distribution from the date of the filing of the amended Claim pursuant to the confirmed Plan.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Trustee is not required to recover previous distributions from other creditors for distribution on Secured Creditor's amended claim. This may result in a percentage of payment on Secured Creditor's amended Claim different than to other creditors.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____        _____
ANTHONY DELUCA                KATHLEEN A. LEAVITT
DEBTOR(S) ATTORNEY            TRUSTEE

/././
/././
/././
/././
/././
/././
/././

1 ALTERNATIVE METHOD re: RULE 9021:

2 In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3 ☐ The court has waived the requirement of approval under LR 9021.

4 ☐ I certify that I have served a copy of this order with the motion, and no parties appeared

5 or filed written objections.

6 ☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have

7 delivered a copy of this proposed order to all counsel who appeared at the hearing, any

8 unrepresented parties who appeared at the hearing, and each has approved or disapproved the

9

10 order, or failed to respond, as indicated below [list each party and whether the party has

11 approved, disapproved, or failed to respond to the document]:

12 ☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to

13 all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,

14 and each has approved or disapproved the order, or failed to respond, as indicated below [list

15

16 each party and whether the party has approved, disapproved, or failed to respond to the

17 document]:

18 ☐ Approved.

19 ☐ Disapproved.

20 ☒ Failed to respond. - Debtors' Attorney/Trustee

21 ###

22 Submitted by:

23 /s/ JACQUE A. GRUBER
4375 Jutland Drive, Suite 200
24 P.O. Box 17933
San Diego, CA 92177-0933
25 (858) 750-7600
NV Bar #11385
26 Attorney for CITIBANK, N.A.
AS TRUSTEE FOR THE
27 CERTIFICATEHOLDERS OF
STRUCTURED ASSET MORTGAGE
28 INVESTMENTS II, INC., BEAR
STEARNS ALT-A TRUST,
MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-4